

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00332-CV

JESSICA JACKSON HILL          APPELLANT
AND APPELLEE

V.

STEVEN HILL          APPELLEE
AND APPELLANT

-----------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered cross appellant's "Unopposed Motion To Dismiss Cross Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the cross appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  September 20, 2012